UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
GARY LIPSON,

                               Plaintiff,

                  - against -

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                              Defendant.
-----------------------------------------------------------------------x

**ORDER**

No. 19-CV-2124 (CS)

Seibel, J.

      For the reasons stated on the record in my bench ruling on January 24, 2020, the Court GRANTS IN PART and DENIES IN PART Defendant's Motion to Dismiss (Doc. 19).

SO ORDERED.

DATED: February 19, 2020
       White Plains, New York

                                              _____
                                              UNITED STATES DISTRICT JUDGE