UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY LIPSON,

                              Plaintiff,

              - against -                                              No. 7:19-cv-02124-CS

INTERNATIONAL BUSINESS MACHINES
CORPORATION

                              Defendant.

## NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that, I, Caitlin D. Brown, of the law firm Paul Hastings LLP, hereby withdraw as counsel of record for Defendant International Business Machines Corporation ("IBM"). I am withdrawing as counsel of record for Defendant because I am separating from Paul Hastings LLP. . I am neither retaining nor charging a lien in this matter. Defendant continues to be represented in this matter by the other counsel of record at Paul Hastings LLP. I respectfully request that my name and email address be removed from the official docket.

 Dated: June 22, 2020.                              Respectfully Submitted,

                                                    By: _____
                                                         Caitlin D. Brown
                                                         Paul Hastings LLP
                                                         200 Park Avenue
                                                         New York, NY 10166
                                                         Phone: (212) 318-6000
                                                         Fax: (212) 319-4090
                                                         caitlinbrown@paulhastings.com

**SO ORDERED.**                                     SO ORDERED.

Dated: __6/22__ , 2020                              _____
                                                    CATHY SEIBEL, U.S.D.J.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 22nd day of June, 2020, she caused a true and correct copy of the attached NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER to be served by ECF and first-class regular mail, upon Andrew Heyman, International Business Machines Corporation, 1 New Orchard Road, Armonk, New York 10504.

Dated: New York, New York
       June 22, 2020

                               Caitlin D. Brown

LEGAL_US_E # 148973983.1